IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Russell B. Young; and Debra M. Young,<br><br>                 Plaintiffs,<br><br>v.<br><br>Paid in Full, Inc.,<br><br>                 Defendant. | No. CV-16-01496-PHX-NVW<br><br>**ORDER** |

    Before the Court is the parties' Stipulation of Dismissal with Prejudice (Doc. 11). Good cause appearing,

    IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 11).

    IT IS FURTHER ORDERED dismissing this action with prejudice, each party to bear their own attorneys' fees and costs.

    Dated this 8th day of July, 2016.

                                                Neil V. Wake
                                      Senior United States District Judge